# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MONTRELL DASHONE VENTRY                                                    PLAINTIFF
ADC #141556

V.                                  No. 5:18CV00301-KGB-JTR

MARY SEALS, Nurse, Correct Care
Solutions, ADC Cummins, *et al.*                                          DEFENDANTS

## ORDER

Defendants Lasonya Griswold and Andria Cantrell have filed a Motion for Summary Judgment, a Brief in Support, and a Statement of Undisputed Material Facts. *Docs. 78, 79, & 80.* Plaintiff has a right to file a Response to that Motion.

At the summary judgment stage, a plaintiff cannot rest upon mere allegations and, instead, must meet proof with proof. *See* Fed. R. Civ. P. 56(e). This means that Plaintiff's Response should include his legal arguments, as well as affidavits,[1] prison records, or other evidence establishing that there is a genuine issue of material fact that must be resolved at a hearing or trial.

Furthermore, pursuant to Local Rule 56.1, Plaintiff must separately file a "short and concise statement of material facts as to which he contends a genuine

---

[1] The affidavit must be based upon the personal knowledge of the person executing the affidavit and must be either: (1) sworn and subscribed to by a notary public; or (2) executed under penalty of perjury, as provided for by 28 U.S.C. § 1746.

dispute exists to be tried." Defendants' Statement of Undisputed Material Facts (*Doc. 79*) contains room for Plaintiff to write, below each numbered paragraph, whether he "agrees" or "disagrees" with Defendants' factual statement. **If Plaintiff disagrees, he must explain, in the provided space, why he disagrees and include a citation to the evidence he is relying on to support his version of the disputed fact.** If Plaintiff relies on documents that have been previously filed in the record, he must specifically refer to those documents by docket number and page. The Court will not sift through the file to find support for Plaintiff's factual contentions. *See Crossley v. Georgia-Pacific Corp.*, 355 F.3d 1112, 1113-14 (8th Cir. 2004) (affirming the grant of summary judgment because a plaintiff failed to properly refer to specific pages of the record that supported his position).

IT IS THEREFORE ORDERED THAT:

1. Plaintiff has until and including **March 8, 2021**, to file a Response to Defendants' Motion for Summary Judgment and a separate Statement of Disputed Facts that comply with Fed. R. Civ. P. 56, Local Rule 56.1, and the instructions in this Order.

2. Plaintiff is advised that the failure to timely and properly file a Response and Statement of Disputed Facts will result in: (a) all of the facts in Defendants' Statement of Undisputed Facts being deemed undisputed by Plaintiff;

and (b) the possible dismissal of this action, without prejudice, pursuant to Local Rule 5.5(c)(2).

DATED this 25th day of February, 2021.

_____
UNITED STATES MAGISTRATE JUDGE