IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MONTRELL DASHONE VENTRY**     **PLAINTIFF**
**ADC #141556**

v.     **Case No. 5:18-cv-00301-KGB-JTR**

**CORRECT CARE SOLUTIONS**
**CORPORATION,** *et al.*     **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 89). Plaintiff Montrell Dashone Ventry did not file objections, and the time to do so has passed. After careful review of the Recommended Disposition, the Court adopts in part and declines to adopt in part the Recommended Disposition (Dkt. No. 89).

The Recommended Disposition recommends that Mr. Ventry's claims against defendants Mary Seals, Andria Cantrell and LaSonya Griswold be dismissed without prejudice (Dkt. No. 89, at 12). On review of the record, the Court finds that because Ms. Cantrell and Ms. Griswold moved for summary judgment and the Court addressed the merits of Mr. Ventry's claims, Mr. Ventry's claims against Ms. Cantrell and Ms. Griswold should be dismissed with prejudice.

Accordingly, the Court adopts in part and declines to adopt in part the Recommended Disposition (Dkt. No. 89). The Court dismisses without prejudice Mr. Ventry's claims against Mary Seals for lack of service of process. The Court grants the motion for summary judgment filed by separate defendants Ms. Cantrell and Ms. Griswold and dismisses with prejudice Mr. Ventry's claims against Ms. Cantrell and Ms. Griswold (Dkt. No. 78).

It is so ordered this 30th day of August, 2021.

_____
Kristine G. Baker
United States District Judge