# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MONTRELL DASHONE VENTRY**  **PLAINTIFF**
**ADC #141556**

v.  Case No. 5:18-cv-00301-KGB-JTR

**CORRECT CARE SOLUTIONS**
**CORPORATION,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date and the Court's previous Orders, it is considered, ordered, and adjudged that plaintiff Montrell Dashone Ventry's complaint and amended complaint are dismissed (Dkt. Nos. 2-1, 48).   The Court denies the requested relief.

It is so adjudged this 30th day of August, 2021.

_____
Kristine G. Baker
United States District Judge